UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 17-10247-KRM
CHAPTER 7 CASE

IN RE:
ERWIN MICHAEL DOUGLAS
Debtor(s).

_____/

## MOTION FOR RELIEF FROM STAY

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Tampa, Florida 33602, and serve a copy on the movant's attorney, Scott R. Weiss, Esq., P.O. Box 9908, Fort Lauderdale, FL 33310-0908, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

MOVANT, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, by and through its undersigned attorney shows the Court:

1. Movant is a secured creditor of the above styled Debtor(s) and brings this Motion pursuant to the provisions of Section 362(d) of the Bankruptcy Code.

2. The Debtor(s) own(s) certain real property in HILLSBOROUGH County, FL described as:

    LOT 8, BLOCK 2, BULLFROG CREEK, PRESERVE,
    ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN
    PLAT BOOK 123, PAGE(S) 1 THROUGH 8, INCLUSIVE,
    HILLSBOROUGH COUNTY, FLORIDA.

17-01882

A/K/A: 12721 FLATWOOD CREEK DR, GIBSONTON, FL 33534

3. Debtors ERWIN M. DOUGLAS own(s) the above real property subject to a promissory note and mortgage securing same dated June 24, 2015 which note and mortgage are held by Movant. Copies of the loan documents to Movant are attached hereto. See Exhibit A attached.

4. Debtors ERWIN M. DOUGLAS is in default upon the subject mortgage for the payment due on September 1, 2017 and Secured Creditor is owed an approximate principal balance of $271,271.23. See Exhibit B attached.

5. According to the HILLSBOROUGH online property appraiser's website the market value of the property is $229,786.00. See Exhibit C attached.

6. The Debtor has not filed all schedules, so it is unclear what the Debtor's intentions are with the subject property.

7. NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, requests, that fourteen (14) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, can pursue its in rem remedies without further delay.

8. NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, seeks the award of bankruptcy fees and cost of $931.00 for the prosecution of this Motion or that a State Court Judge is permitted to award bankruptcy fees and cost for the prosecution of this Motion.

9. Attached are redacted copies of any documents that support the motion for relief from stay, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to

17-01882

seek a lift of the automatic stay and foreclose if necessary.

10. Movant requests permission to offer the Debtor(s) information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, deed in Lieu of foreclosure, short sales or other loan workout/ loss mitigation Agreement, and may enter into such agreement with Debtor(s) without violating any Discharge Order. However, Movant may not enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy case.

11. Movant requests that should the Debtor(s) convert this case to another chapter that relief awarded will survive any conversion made by the Debtor(s) and will not be allowed to include the creditor in the Chapter 13 plan.

**WHEREFORE**, Movant, **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,** moves this Court to enter its order granting relief from stay to Movant and that the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is waived so that, **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,** can pursue its in rem remedies without further delay and award bankruptcy fees and cost of $931.00, or that a state court Judge is permitted to award bankruptcy fees and costs for the prosecution of this motion and that the Movant may offer and provide Debtor(s) with information re: a potential Forbearance agreement, Loan Modification, Refinance Agreement and may enter into such agreement with Debtor(s) without violating any Discharge Order, and for any further relief this Court deems just and proper. However, Movant may not enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy case and granting such other relief as to the Court may deem just and proper.

17-01882

I HEREBY CERTIFY that a true and correct copy of the Motion For Relief From Stay and Affidavit in support of Motion for Relief was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this 22 day of December, 2017.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile:  (954) 771-6052
Scott.Weiss@clegalgroup.com

By: _____
Scott R. Weiss, Esq.
Bar Number: 0710910

Mailing List for Bankruptcy Case No: 17-10247-KRM
U.S. TRUSTEE
UNITED STATES TRUSTEE - TPA 7/13,7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33062

CAROLYN R. CHANEY, TRUSTEE
P.O. BOX 530248
ST. PETERSBURG, FL 33747

ERWIN MICHAEL DOUGLAS
12721 FLTWOOD CREEK DR.
GIBSONTON, FL 33534

SHANDA DOUGLAS
12721 FLATWOOD CREEK DR.
GIBSONTON, FL 33534

17-01882