UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Erwin Michael Douglas                                   Case No. 8:17-bk-10247-RCT
                                                        Chapter 7

      Debtor(s).
_____/

## TRUSTEE'S APPLICATION TO EMPLOY AN APPRAISER

    CAROLYN R. CHANEY, Chapter 7 Trustee in the above-captioned case, seeks the authority of this Court to employ an appraiser and states as follows:

1. The Trustee wishes to employ R. James Stevens, Appraiser, duly qualified to perform the appraisal services required by this Court;

2. The professional services of said appraiser is to render are generalized as follows: Appraisal of the Debtors' household goods and other personal property as listed on Schedule B;

3. It is necessary for your applicant to employ an appraiser for these services, and R. James Stevens, Appraiser, represents no interest adverse to the Trustee of this estate on the matters upon which he is about to be engaged for this applicant;

4. The appraiser has agreed to seek compensation pursuant to the provisions of Section 330 of the Bankruptcy Code. The appraiser will not be paid without an application to and an order from this Court; and

5. To the best of the Trustee's knowledge, the appraiser has no connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, except as is disclosed in the declaration attached hereto and made part of this Application.

    **WHEREFORE,** the Trustee prays this Court will find the employment of R. James Stevens, Appraiser, would be in the best interest of the estate.

DATED: February 28, 2018.                  /s/Carolyn R. Chaney, Trustee
                                                                Post Office Box 530248
                                                                St. Petersburg, FL 33747-0248
                                                                Telephone: (727) 864-9851
                                                                Email: carolyn.chaney@earlthlink.net

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing Application has been provided by electronic or U.S. Mail delivery on /February 28, 2017 to the Office of U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV and R. James Stevens, P.O. Box 3162, Zephyrhills, FL 33539.

                                                                              /s/ Carolyn R. Chaney, Trustee

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ERWIN MICHAEL DOUGLAS,**

Debtor(s).

Case No.:    8:17-bk-10247-RCT
Chapter 7

## DECLARATION OF APPRAISER

R. James Stevens, Analyst, declares under penalty of perjury to the provisions 28 U.S.C. 1746 that the following statements are true and correct:

1. This analyst began in 1991 as a paralegal with local attorneys representing debtors, was Bankruptcy Dept. Coordinator for a major firm that represented creditors, managed 2 satellite offices for law firm, did research, prepared all documents for the Litigator, coached attorneys, performed initial consultations, reviewed questionnaires, conducted final signings, and oversaw office general operation;

2. Provided and prepared Debtor and Creditor Bankruptcy documentation, Foreclosure action, Collections, Small Claims, Creditor Violations, Personal Injury, Divorce, Standard Wills, Living Wills, Power of Attorney, all from beginning to end;

3. The uniform standard form used shows the Fair Market Value of items as to what one might receive if these items were sold at a; 1- garage sale, 2- flea market; or a 3- second hand store as is;

4. Prior to 1991, for 5 years at inventorying household goods and customer services regarding damages for a local moving company;

5. The analyst assisted in the set-up of a Vietnam Veterans Thrift Store in St. Petersburg, FL that sold second hand household goods and furnishings;

6. To date, numerous appraisal reports regarding personal property prepared by this appraiser have been submitted to this court via local attorneys representing debtors;

7. This appraiser has testified in Federal Court and County Court with excellent;

8. This appraiser maintains his education by attending flea markets, second hand stores and reviewing internet sites on a regular basis to be up to date on what is selling, how it is selling and valuing;

9. I do not hold or represent an interest adverse to the estate, I am not a creditor, equity security holder, or insider of the Debtor, and I am not, and was not within the two years before the petition date, a director, officer, or employee of the Debtor; and

10. I have no interest materially adverse to the interest of the estate or of any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

Executed this 19th day of February 2018 by,

*/s/ R. James Stevens*
R. James Stevens, Analyst
PO Box 3162
Zephyrhills FL  33539-3162
Tel: (813) 862-2777
eMail: suprgrnt@hotmail.com